# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0069. EDWARD TYRONE RIDLEY v. KARL FORTE.

Edward Tyrone Ridley, a prison inmate proceeding pro se, filed a petition for writ of mandamus against Karl Forte. On July 25, 2022, the trial court entered an order dismissing Ridley's petition. Ridley then filed this application for discretionary appeal on September 13, 2022. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). Compliance with this statutory deadline is an absolute requirement to confer jurisdiction in this Court, and thus, the untimely filing of a discretionary application requires its dismissal. See *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011). Ridley's application was untimely filed 50 days after entry of the order he seeks to appeal. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/28/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*